IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

AMY ANNETTE BUCK and
BRANDON BUCK                                                                 PLAINTIFFS

v.                           No. 4:22-cv-1265-DPM

KIA AMERICA, INC., f/k/a
KIA MOTORS AMERICA, INC.                                       DEFENDANT

## JUDGMENT

The Bucks' complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

19 September 2024